IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CECIL JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| | ) | |
| DR. BRUCE LEVY, in his official capacities | ) | |
| as the Chief Medical Examiner for the | ) | **DEATH PENALTY CASE** |
| State of Tennessee and Medical | ) | |
| Examiner for the Metropolitan | ) | **EXECUTION DATE 12/2/09 at 1:00 a.m.** |
| Government of Nashville and | ) | |
| Davidson County, Tennessee; and | ) | |
| | ) | |
| RICKY BELL, in his official capacity as | ) | |
| Warden, Reverend Maximum | ) | |
| Security Institution. | ) | |

MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to 42 U.S.C. § 1983 and the First Amendment to the United States Constitution,

Plaintiff Cecil Johnson respectfully requests that this Court enjoin Defendant Dr. Bruce Levy

from performing an autopsy on his body. In support thereof, Mr. Johnson shows:

1. The State of Tennessee intends to kill Mr. Johnson on December 2, 2009, at 1:00 a.m.,

by injecting lethal chemicals into his body.

2. After any execution of Mr. Johnson, Dr. Levy intends to perform an autopsy on his

body.

3. Mr. Johnson has a sincerely held religious belief that performing an autopsy on his

body would amount to desecration in violation of his religious beliefs. See Declaration of Cecil

Johnson, attached as Exhibit 1 to Mr. Johnson's Complaint.

4. As demonstrated by the accompanying memorandum of law, each of the four factors this Court considers in determining whether to grant an injunction counsels in favor of enjoining Dr. Levy from performing an autopsy on Mr. Johnson's body.

WHEREFORE, Mr. Johnson respectfully requests that this Court:

1. Enter a temporary restraining order and preliminary injunction enjoining Dr. Levy from performing an autopsy on his body; and

2. Order such other relief as this Court deems just.

Respectfully submitted,

Donald E. Dawson, BPR #010723
POST-CONVICTION DEFENDER
530 Church Street - Suite 600
Nashville, Tennessee 37243
(615) 741-9385

James Winston Tiller, BPR #023932 *by permission DED*
Tiller-Allison PLLP
501 Union St, Ste. 502
Nashville, TN 37219

I certify that on December 1, 2009, I sent a copy by email of the foregoing to:

Bob Cooper
ATTORNEY GENERAL AND REPORTER
500 Charlotte Avenue
Nashville, Tennessee 37243; and


Sue B. Cain
Director of Law
Law Department for the Metropolitan Government of
        Nashville and Davidson County, Tennessee
225 Polk Avenue - Suite 210
Nashville, Tennessee 37203