# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CECIL C. JOHNSON, JR.** | ) |
| | ) |
| v. | ) No. 3:09-1139 |
| | ) Judge Echols |
| **DR. BRUCE LEVY, et al.** | ) |

## **O R D E R**

Pending before the Court is Plaintiff's Complaint under 42 U.S.C. § 1983 (Docket Entry No. 1) and a Motion to Proceed In Forma Pauperis (Docket Entry No. 2). Plaintiff is a death row inmate at Riverbend Maximum Security Institution in Nashville.

Plaintiff has not filed a proper application to proceed without prepaying fees or costs with a copy of his inmate trust fund account statement. However, on November 25, 2009, Plaintiff filed an Application to Proceed In Forma Pauperis (Docket Entry No. 2) in Case No. 3:09-1133, with a copy of his inmate trust fund account statement for the 6-month period immediately preceding the date he filed his Complaint. Based on Plaintiff's application, the Court found that Plaintiff lacks sufficient financial resources to pay the $350.00 filing fee. The Court finds likewise in this case. Accordingly, pursuant to 28 U.S.C. § 1915(b)(4), the Clerk will file the complaint in forma pauperis. 28 U.S.C. § 1915(a).

It is so **ORDERED**.

Robert L. Echols
United States District Judge