UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CECIL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-1139 |
| v. ) | JUDGE ECHOLS |
| ) | |
| DR. BRUCE LEVY, in his official ) | |
| capacities as the Chief Medical ) | |
| Examiner for the State of ) | |
| Tennessee and Medical Examiner ) | |
| for the Metropolitan Government ) | |
| of Nashville and Davidson County, ) | |
| Tennessee; and RICKY BELL, in his ) | |
| official capacity as Warden ) | |
| Riverbend Maximum Security ) | |
| Institution, ) | |
| ) | |
| Defendants. ) | |

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING

In the Temporary Restraining Order (Docket Entry No. 13) entered on Tuesday, December 2, 2009, at 12:35 a.m., the Court set a hearing for Thursday, December 10, 2009, on Plaintiff's Motion for Preliminary Injunction (Docket Entry No. 3). The hearing is hereby rescheduled for Friday, December 4, 2009, at 10:30 a.m.

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE