# CLERK'S RESUME OF PROCEEDINGS
# CIVIL NON-JURY PROCEEDINGS

CECIL C. JOHNSON, JR.

V.

BRUCE LEVY, ET AL

CASE #: 3:09-1139
DATE: 12/4/09

| | |
|---|---|
| **NATURE OF PROCEEDING:** | MOTION FOR PRELIMINARY INJUNCTION |
| **COURT REPORTER:** | DOROTHY STILES |
| **PLAINTIFF'S ATTORNEY(S):** | DONALD DAWSON, BRADLEY MACLEAN, WILLIAM FARMER (for Sara Ann Johnson, widow of pltf) |
| **DEFENDANTS ATTORNEY(S):** | LORA FOX, PAMELA LORCH |

**INSTRUCTIONS AND DECISIONS OF THE COURT:**

– Evidence heard. Motion for Preliminary injunction taken under advisement.

– Pltf's counsel requested that Deft, Ricky Bell, be non-suited. The Court granted that request.

– Defts shall file a response to the Amendment to Complaint (DE#15) by close of business on Monday, December 7, 2009. There will be no reply. The TRO remains in effect until the Court issues an Order on the preliminary injunction.

– The counsel for the parties are to confer after the hearing with the intent to work out a modified autopsy if possible.

– Witness list to follow.

– Order to enter

CLERK, U.S. DISTRICT COURT
<u>Katheryn Beasley</u>, Deputy Clerk

TIME UTILIZED: 2 hrs