# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | TENNESSEE |
|---|---|---|

| | |
|---|---|
| CECEIL C. JOHNSON, JR<br><br>V.<br><br>BRUCE LEVY, ET AL | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  3:09-1139 |

| PRESIDING JUDGE<br>ROBERT ECHOLS | PLAINTIFF'S ATTORNEY<br>Donald Dawson, Bradley MacLean, Wm | DEFENDANT'S ATTORNEY<br>Lora Fox, Pamela Lorch |
|---|---|---|
| TRIAL DATE (S)<br>12/4/09 | COURT REPORTER<br>DOROTHY STILES | COURTROOM DEPUTY<br>Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/4/09 | | X | Declaration of Ricky Bell |
| 2 | | " | | X | Journal for death watch |
| 3 | | " | | X | Affidavit of Joe Lewis Magee |
| **X** | | " | | | **WIT: JOE LEWIS MAGEE** |
| **X** | | " | | | **WIT: Rev. Thomas** |
| 4 | | " | | X | Affidavit of Rev. Thomas |
| **X** | | " | | | **WIT: Sarah Ann Johnson, widow of  pltf** |
| 5 | | " | | X | Affidavit of Sarah Ann Johnson |
| 6 | | " | | X | Affidavit of Cecil Johnson which was also attached to Complaint |
| **X** | | " | | | **WIT: Dr. Amy McMaster, from Medical Examiner's office.** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.