IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CECIL JOHNSON, and | ) | |
| | ) | |
| SARAH ANN JOHNSON, individually and | ) | |
| on behalf of CECIL JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:09-1139 |
| | ) | |
| DR. BRUCE LEVY, in his official capacities as | ) | Judge Echols |
| The Chief Medical Examiner for the State of | ) | |
| Tennessee and Medical Examiner for the | ) | |
| Metropolitan Government of Nashville and | ) | |
| Davidson County, Tennessee; and | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' STATUS REPORT**

At the conclusion of the hearing in this matter on December 4, 2009, the Court directed the parties to discuss the possibility of settlement, which the parties have done. The parties are unable to reach a settlement.

                                    Respectfully submitted,

                                    <u>/s/ *Bradley A. MacLean*</u>
                                    Donald E. Dawson, BPR # 010723
                                    Bradley A. MacLean, BPR #009562
                                    OFFICE OF THE POST-CONVICTION DEFENDER
                                    530 Church Street – Suite 600
                                    Nashville, Tennessee 37243
                                    (615) 741-9385

                                    Counsel for Cecil Johnson

William H. Farmer, BPR # 003771
150 4th Avenue North - Suite 1820
Nashville, Tennessee 37219
(615) 726-0050

Counsel for Sarah Ann Johnson

## CERTIFICATE OF SERVICE

I certify that on December 9, 2009, the foregoing was electronically served on the following counsel for the Defendant by means of the Court's electronic filing system:

Robert Cooper via Pam Lorch
Tennessee Attorney General and Reporter
500 Charlotte Avenue
Nashville, Tennessee 37243; and

Sue B. Cain via Lora Fox
Director of Law
Law Department for the Metropolitan Government of
    Nashville and Davidson County, Tennessee
225 Polk Avenue – Suite 210
Nashville, Tennessee

/s/ *Donald E. Dawson*