### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **CECIL JOHNSON and SARAH ANN** | ) | |
| **JOHNSON, individually and on** | ) | |
| **behalf of CECIL JOHNSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 3:09-1139** |
| **v.** | ) | **JUDGE ECHOLS** |
| | ) | |
| **DR. BRUCE LEVY, in his official** | ) | |
| **capacities as the Chief Medical Examiner** | ) | |
| **for the State of Tennessee and Medical** | ) | |
| **Examiner for the Metropolitan** | ) | |
| **Government of Nashville and Davidson** | ) | |
| **County, Tennessee; and RICKY BELL,** | ) | |
| **in his official capacity as Warden,** | ) | |
| **Riverbend Maximum Security** | ) | |
| **Institution,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, the Court enters the following

rulings:

(1) The claims against Defendant Warden Ricky Bell are hereby DISMISSED WITH

PREJUDICE;

(2) Plaintiffs' request for a Preliminary Injunction (Docket Entry No. 3) is hereby DENIED;

and

(3) The Temporary Restraining Order entered at 12:35 a.m. on December 2, 2009 (Docket

Entry No. 13) will be DISSOLVED twenty-four (24) hours after issuance of this Order, unless

Plaintiffs inform the Court during the twenty-four (24) hour period that they do not intend to appeal

this Order in which case the Temporary Restraining Order will be dissolved upon receipt of that

notice, or during the twenty-four (24) hour period they seek a stay of this Order in accordance with

Rule 8(a) of the Federal Rules of Appellate Procedure.

It is SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE